# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
July 31, 2026

In re:
Karen R Steele
Last four digits of Social−Security No or other Individual
Taxpayer−Identification No (ITIN): xxx−xx−5455
Debtor.

Case Number: 26−10003 hzc
Chapter: 13

## FINAL DECREE

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that Andrea E Celli is discharged as trustee of the above named debtor and the bond is cancelled.

The chapter 13 case of the above named debtor is closed as of the date of this order.

Dated: July 31, 2026

Heather Z. Cooper
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402−1663

Tel. (844) 644−7459
VCIS* (866) 222−8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149